UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JOHN SACCHI, *on behalf of himself and all others* : 
*similarly situated*, :
:
                Plaintiffs, :     25-CV-7632 (JMF)
:
      -v- :     ORDER
:
JP MORGAN CHASE BANK N.A., et al., :
:
                Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the parties' stipulation, ECF No. 6, and this Court's November 7, 2025, Order, ECF No. 8, Defendants were required to file an Answer to the Complaint by November 18, 2025. To date, Defendants have not filed an Answer. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 26, 2025**. Failure to file an Answer by that deadline may result in the entry of a default judgment against Defendants.

      SO ORDERED.

Dated: November 19, 2025
       New York, New York

                                                 JESSE M. FURMAN
                                       United States District Judge